CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00257-KAJ-1

| | |
|---|---|
| Case title: USA v. Grace | Date Filed: 05/16/2024 |
| Other court case number: 1:24-cr-23 USDC District of Maryland | Date Terminated: 05/20/2024 |

Assigned to: Magistrate Judge Kimberly A. Jolson

### Defendant (1)

**Brayden Grace**  
*TERMINATED: 05/20/2024*

represented by **Stacey Lee MacDonald**  
Federal Public Defenders Southern Ohio  
10 w. Broad Street  
Ste 1020  
Columbus, OH 43215  
614-469-2999  
Email: stacey_macdonald@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F, 18:2261.F, 18:875C.F, 18:844H.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brian Martinez**<br>U.S. Attorney's Office<br>303 Marconi Boulevard<br>Suite 200<br>Columbus, OH 43215<br>614-469-5715<br>Fax: 614-469-5653<br>Email: Brian.Martinez2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

[ Email All Attorneys ]

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2024 | | Arrest (Rule 40) of Brayden Grace (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 1 | Rule 5(c)(3) Documents Received as to Brayden Grace (Attachments: # 1 Indictment) (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson:Initial Appearance in Rule 5(c)(3) Proceedings as to Brayden Grace held on 5/16/2024 (Recorded By: CourtSmart) (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 3 | CJA 23 Financial Affidavit by Brayden Grace. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 4 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Brayden Grace. Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 5 | WAIVER of Rule 5 Hearing by Brayden Grace (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 6 | ORAL MOTION for Detention Hearing by USA as to Brayden Grace. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 7 | ORAL ORDER granting 6 Motion for Detention Hearing as to Brayden Grace (1). Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 8 | ORDER OF TEMPORARY DETENTION as to Brayden Grace. Detention Hearing set for 5/20/2024 01:00 PM in Courtroom 203 - Columbus before Magistrate Judge Kimberly A. Jolson. Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/16/2024 | 9 | Due Process Protections Act Order as to Brayden Grace Signed by Magistrate Judge Kimberly A. Jolson on 5/16/24. (jr) (Entered: 05/16/2024) |
| 05/20/2024 | 11 | Minute Entry for proceedings held before Magistrate Judge Kimberly A. Jolson: Detention Hearing as to Brayden Grace held on 5/20/2024 (Recorded By: CourtSmart) (jr) (Entered: 05/20/2024) |
| 05/20/2024 | 12 | ORDER OF DETENTION PENDING TRIAL as to Brayden Grace. Signed by Magistrate Judge Kimberly A. Jolson on 5/20/24. (jr) (Entered: 05/20/2024) |

| | | |
|---|---|---|
| 05/20/2024 | 13 | COMMITMENT TO ANOTHER DISTRICT as to Brayden Grace. Defendant committed to District of Maryland. Signed by Magistrate Judge Kimberly A. Jolson on 5/20/24. (jr) (Entered: 05/20/2024) |

Case 1:24-cr-00023-JRR    Document 48-3    Filed 05/20/24    Page 3 of 3