From: Brayden Grove

24-cr-23



Dear Jugde Ruben im writing this letter to find out some info i have been here 8-months im going through a lot right now my baby almost just past away she made it only 2 month she past from SID's i have been trying to deal with it knowing i dont have much of a chose But im dealing with it anyway i have been waiting on a Plea-Deal (8-months) Now im just trying to get home to my family and so i can get my life back on track so im asking for your help if you could please also sorry for some of the miss spelling. Please if you can write me back i have been asking my lawyer all he tells me is "im waiting on your deal still we have only shared emails" every time i tell him just keep trying please but every time he comes he tell me the same thing. so please i dont know what else to do but write you. also i want to know about a speedy trial i here please talk about them but i dont know what they are.